IN the INT. OF: S.G.S.

Appeal of: S.G.S.

1335 MDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–06–JV–0000353–2014 (Berks)

Appeal Dismissed

COM.

v.

ELLERBY, D.

1884 MDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–06–CR–0003728–1996, CP–06–CR–0003729–1996, (Berks)

Affirmed

COM.

v.

GILBERT, S.

1748 MDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–01–CR–0001065–2015 (Adams)

Affirmed

COM.

v.

JEFFREY, T.

1787 WDA 2015

Superior Court of Pennsylvania.

07/14/2017

Reargument Denied 9/19/2017

CP–02–CR–0013390–2014 (Allegheny)

Affirmed